**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
08-cv-7905(DC)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of March, two thousand and twelve,

_____

Sandra Arace, derivatively on behalf of Wachovia Corporation,

Plaintiff - Appellee,

G. Kennedy Thompson, Ruth G. Shaw, Peter C. Browning, Robert A. Ingram, Mackey J. Mcdonald, Timothy D. Procter, John D. Baker, II, John T. Casteen, III, Jerome A. Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Donald M. James, Joseph Neubauer, Ernest S. Rady, Van L. Richey, Lanty L. Smith, Dona Davis Young,

Defendants - Appellees,

Wachovia Corporation, a North Carolina Corporation,

Nominal Defendant - Appellee,

v.

R.A. Feuer,

Objector - Appellant.
_____

ORDER
Docket Number: 11-3840

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 11, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/11/2012